954

■ THADDEUS S. KOZBIAL, as Administrator of the Estate of LOUISE KOZBIAL, Deceased, Respondent, v. BROOKLYN UNION GAS COMPANY, Appellant, et al., Defendant.— Judgment of the Supreme Court, Kings County, dated January 17, 1966, reversed insofar as appealed from, on the law and the facts; and, as between plaintiff and appellant, action severed and new trial granted, with costs to abide the event. In our opinion, the trial court's direction of a verdict for plaintiff was against the weight of the credible evidence; and, in the interests of justice, a new trial is required. Christ, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDDIE BELLAMY, Appellant.— Judgment of the County Court, Nassau County, rendered June 17, 1966, affirmed (Johnson v. New Jersey, 384 U. S. 719; People v. McQueen, 18 N Y 2d 337). (On May 9, 1966, after a Huntley type hearing, appellant's motion to suppress an alleged involuntary confession was denied. On May 25, 1966, appellant pleaded guilty. The denial of the motion to suppress has been reviewed on the appeal from the judgment.) Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP CHAPMAN, Appellant.— Order of the Supreme Court, Kings County, dated May 18, 1966, reversed, on the law, and application granted to the extent that a hearing is directed to be held on the issues raised by appellant in this coram nobis proceeding; matter remanded accordingly to the Supreme Court, Kings County. In our opinion, the allegations in the petition are of such a nature as to entitle appellant to a hearing. Brennan, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.